### MATTHEWS, administrator, *v.* HAND.

HILL, J. The evidence was conflicting in this case, and the court did not abuse its discretion in granting an injunction, or in appointing a receiver.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 48.   OCTOBER 17, 1917.

Injunction and receivership. · Before Judge Searcy. Fayette superior court. November 18, 1916.

*J. W. Culpepper* and *H. A. Allen,* for plaintiff in error.

*Hall & Jones,* contra.

---

### ANDREWS TRADING COMPANY *v.* TRULOCK.

HILL, J. Under the conflicting evidence in this case the court did not err in refusing an injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 64.   OCTOBER 17, 1917.

Petition for injunction. Before Judge Cox. Decatur superior court. December 27, 1916.

*A. E. Thornton,* for plaintiff.   *W. V. Custer,* for defendant.